AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Sandra Garza | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00038 |
| Donald J. Trump, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Garza, individually and as the personal representative of the Estate of Brian Sicknick   .

Date:   01/05/2023

*Attorney's signature*

Noah Brozinsky (D.C. Bar No. 1655789)
*Printed name and bar number*

1099 Fourteenth Street, N.W., 8th Floor.
Washington, D.C. 20005

*Address*

nbrozinsky@kaiserdillon.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*