# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, individually and as the personal representative of THE ESTATE OF BRIAN SICKNICK<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP<br>(in his personal capacity)<br>The Mar-A-Lago Club<br>1100 S. Ocean Blvd.<br>Palm Beach, Florida 33480<br><br>　　and<br><br>JULIAN ELIE KHATER<br>[Address withheld]<br><br>　　and<br><br>GEORGE PIERRE TANIOS<br>[Address withheld]<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 23-00038<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

　　The undersigned counsel hereby files his Notice of Appearance on behalf of the Plaintiff in this action.

Date: January 13, 2022

        Respectfully submitted,

        */s/Mark S. Zaid*
        _____
        Mark S. Zaid, Esq.
        D.C. Bar #440532
        Mark S. Zaid, P.C.
        1250 Connecticut Avenue, N.W.
        Suite 700
        Washington, D.C. 20036
        (202) 498-0011
        (202) 330-5610 fax
        Mark@MarkZaid.com

        Attorney for Plaintiffs