AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| Sandra Garza | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00038 |
| Donald J. Trump, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Garza, individually and as the personal representative of the Estate of Brian Sicknick.

Date: 01/05/2023

*Attorney's signature*

Matthew Kaiser (D.C. Bar No. 486272)
*Printed name and bar number*

1099 Fourteenth Street, N.W., 8th Floor.
Washington, D.C. 20005

*Address*

mkaiser@kaiserdillon.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*