UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, individually and as the personal representative of THE ESTATE OF BRIAN SICKNICK<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, ET. AL.<br><br>*Defendants*. | Civil Action No.  1:23-cv-00038-APM |

NOTICE OF APPEARANCE

WILL THE CLERK PLEASE note the appearance of undersigned counsel, being admitted and authorized to practice before this Court, as counsel of record for the Defendant, Julian Elie Khater in the above captioned matter.

                                                    Respectfully Submitted,

                                                    /s/*David P. Sheldon*
                                                    David P. Sheldon (DC Bar # 446039)
                                                    Law Offices of David P. Sheldon, P.L.L.C.
                                                    100 M. St. SE, Suite 600
                                                    Washington, DC 20003
                                                    Tel: 202.546.9575
                                                    Fax: 202.546.0135
                                                    *Counsel for Plaintiff*