**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SANDRA GARZA, individually
and as the personal representative of
THE ESTATE OF BRIAN SICKNICK

*Plaintiff*,

v.                                                                    Civil Action No.  1:23-cv-00038-APM

DONALD J. TRUMP, ET. AL.

*Defendants*.

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

Upon consideration of the Plaintiff's Motion for Extension of Time to File an Answer and the entire record herein; and the Court finding good cause and excusable neglect, it is so ORDERED on this ____ day of February 2023, Plaintiff's Motion is

GRANTED and Plaintiff shall file his Answer or other responsive pleading by March 20, 2023.

_____
United States District Judge