AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Sandra Garza | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00038-APM |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump.

Date:  03/07/2023

/s/Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall
*Printed name and bar number*

Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

jesse@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*