## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SANDRA GARZA,

       *Plaintiff,*

v.                                                                    Civil Case No. 1:23-cv-00038 (APM)

DONALD J. TRUMP, et al.

       *Defendants.*

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiff Sandra Garza and Defendant Donald J. Trump respectfully submit a joint motion for a briefing schedule for Defendant Trump's response to the Complaint. Both parties request the following deadlines in filing their respective briefs:

| Filing Document | Deadline |
|---|---|
| Defendant's Motion to Dismiss | March 22, 2023 |
| Plaintiff's Opposition to Motion to Dismiss | April 13, 2023 |
| Defendant's Reply to Plaintiff's Opposition | April 28, 2023 |

Plaintiff Sandra Garza and Defendant Donald J. Trump respectfully request the Court to adopt this joint proposed schedule.

Dated: March 7, 2023                          Respectfully submitted,

/s/ Matthew Kaiser                                   /s/ Jesse R. Binnall
Matthew Kaiser (D.C. Bar No. 486272)        Jesse R. Binnall (VA022)
Noah Brozinsky (D.C. Bar No. 1655789)       THE BINNALL LAW GROUP, PLLC
KAISERDILLON PLLC                                  717 King Street, Suite 200
1099 14th Street NW, 8th Fl.                      Alexandria, Virginia 22314
Washington, DC 20005                             Tel: (703) 888-1943

Tel: (202) 640-6585
Email: Mkaiser@kaiserdillon.com
nbrozinsky@kaiserdillon.com

Mark Steven Zaid
Law Offices of Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (202) 454-2809
Fax: (202) 330-5610
Email: Mark@MarkZaid.com

Philip C. Andonian
Caleb Andonian PLLC
1100 H Street, N.W., Suite 315
Washington, DC 20005
Tel: (202) 953-9850
Email: phil@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

Fax: (703) 888-1930
Email: jesse@binnall.com

*Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*