UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GARZA,

    *Plaintiff,*

v.

DONALD J. TRUMP, et al.

    *Defendants.*

Civil Case No. 1:23-cv-00038 (APM)

ORDER

Upon consideration of the Joint Motion for Briefing Schedule and because the Court finds good cause, it is hereby

**ORDERED** that the joint motion is **GRANTED**. The briefing schedule for Defendant Trump's motion to dismiss is as follows:

| Filing Document | Deadline |
| --- | --- |
| Defendant's Motion to Dismiss | April 3, 2023 |
| Plaintiff's Opposition to the Motion to Dismiss | April 25, 2023 |
| Defendant's Reply to Plaintiff's Opposition | May 10, 2023 |

**SO ORDERED.**

Dated: _____

                                                                               _____
The Honorable Amit P. Mehta
United States District Judge