LET THIS BE FILED
Signature _____ Amit-Mehta
Date _____ 3/1/23

2-11-23

①

Dear Honorable Judge Amit P. Mehta,

My name is Julian Khater. I am writing this letter in response to a summons in a civil action that I've recently received:

Sandra Garza    V.    Donald J. Trump
                      Julian E. Khater
                      George P. Tanios

Civil Action No. 1:23-CV-00038 (APM).

I received this summons on Thursday, January 26, 2023, while in the custody of the DC DOC jail. Since I am incarcerated with no family visits, limited access to phone calls, and very limited resources otherwise, I've had to rely heavily on family members to secure counsel and ask for help on my behalf.

While my family has been working around the clock, it's been somewhat challenging to find a lawyer, which I have yet

(2)

to secure. I am writing this letter, your Honor, to acknowledge receipt of this summons, and to kindly ask the court for an extension/stay on this action until I can effectively secure reasonable and affordable counsel; however long the court sees fit.

I was sentenced on Friday, January 27, 2023 — on average inmates have been transferred out of here to the B.O.P. within 4-5 weeks. So I'll be here in D.C. until that time, then hopefully I'll be in Fort Dix, NJ where I've requested to be transferred.

Thank you for your time and consideration in this matter, your Honor, and I hope you have a great day.

Sincerely,
Julian Khater
#377187