UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA | * |
|     Plaintiff | * |
| v. | *   Case No.: 1:23-cv-00038 |
| DONALD J. TRUMP, et al., | * |
|     Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

PLEASE note the appearance of undersigned counsel, being admitted and authorized to practice before this Court, as counsel of record for the Defendant, George Pierre Tanios in the above captioned matter.

Respectfully submitted,

*/s/ Roderick R. Barnes*

Roderick R. Barnes (Bar ID: MD0158)
Rollins, Smalkin, Richards & Mackie,
L.L.C. 300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
rbarnes@rsrm.com
*Attorneys for Defendant George Pierre Tanios*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March 2023, a copy of the foregoing Notice of Appearance was served via the Court's e-filing to:

Matthew Kaiser, Esquire
Noah Brozinsky, Esquire
KaiserDillon PLLC
1099 Fourteenth Street, NW, 8th Floor
Washington, DC 20005

Philip Andonian, Esquire
Joseph Caleb, Esquire
CalebAndonian PLLC
1100 H Street, N.W., Suite 315
Washington, DC 20005

Mark S. Zaid, Esquire
Bradley P. Moss, Esquire
Mark S. Zaid, P.C.
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
*Attorneys for Plaintiff*

Jesse R. Binnall, Esquire
Binnall Law Group
717King Street, Suite 200
Alexandria, VA 22314
*Attorney for Defendant Donald J. Trump*

David Patrick Sheldon, Esquire
Law Offices of David P. Sheldon, PLLC
100 M Street, SE, Suite 600
Washington, DC 20003
*Attorney for Defendant Julian Elie Khater*

Roderick R. Barnes (Bar ID: MD0158)

2