UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA GARZA | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:23-cv-00038-APM |
| DONALD J. TRUMP, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

Pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(B), Defendant, George Pierre Tanios respectfully requests an enlargement of time of forty-seven (47) days, to and including May 10, 2023, within which to file an answer or other responsive pleading to the Plaintiffs Complaint. This extension will place Defendant Tanios on the same pleading schedule as Defendant Khater.

Good cause exists to grant this request. Defendant Tanios was served on or about March 4, 2023. Counsel for the Defendant was retained on March 23, 2023. As such, Defendant's counsel requires additional time to communicate with Defendant Tanios and prepare an appropriate response to the Plaintiff's Complaint.

On March 23, 2023, the undersigned and counsel for the Plaintiff, Mr. Matthew Kaiser, conferred and agreed upon the following pleading schedule:

- Defendant's Answer or Preliminary Motion due 5/10/23;
- Plaintiff's Opposition to Preliminary Motion due 5/31/23;
- Defendant's Reply to Plaintiff's Opposition due 6/10/23.

Plaintiff's counsel has indicated that the Plaintiff has no objection to this request for an extension of time and pleading schedule as it places Defendant Tanios on the same pleading schedule as Plaintiff previously agreed with Defendant Khater. This is Defendant's first request for an extension in this regard. For these reasons, Plaintiff requests a forty-seven (47) day extension, to and including May 10, 2023, within which to file an answer or responsive pleading in this matter. If a preliminary Motion is filed, then Plaintiff shall have until May 31, 2023 to file an Opposition and Defendant shall file his Reply, if any, on or before June 6, 2023.

WHEREFORE, based on the foregoing, Defendant George Pierre Tanios respectfully requests that this motion for enlargement and modified schedule be granted.

Respectfully submitted,

/s/ Roderick R. Barnes

Roderick R. Barnes (Bar ID: MD0158)
Rollins, Smalkin, Richards & Mackie,
L.L.C. 300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
rbarnes@rsrm.com
*Attorneys for Defendant George Pierre Tanios*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March 2023, a copy of the foregoing Motion and proposed Order were served via the Court's e-filing to:

Matthew Kaiser, Esquire
Noah Brozinsky, Esquire
KaiserDillon PLLC
1099 Fourteenth Street, NW, 8th Floor
Washington, DC 20005

Philip Andonian, Esquire
Joseph Caleb, Esquire
CalebAndonian PLLC
1100 H Street, N.W., Suite 315
Washington, DC 20005

Mark S. Zaid, Esquire
Bradley P. Moss, Esquire
Mark S. Zaid, P.C.
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
*Attorneys for Plaintiff*

Jesse R. Binnall, Esquire
Binnall Law Group
717 King Street, Suite 200
Alexandria, VA 22314
*Attorney for Defendant Donald J. Trump*

David Patrick Sheldon, Esquire
Law Offices of David P. Sheldon, PLLC
100 M Street, SE, Suite 600
Washington, DC 20003
*Attorney for Defendant Julian Elie Khater*

                                                 /s/ Roderick R. Barnes
                                                 Roderick R. Barnes (Bar ID: MD0158)