UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA GARZA | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1:23-cv-00038-APM |
| DONALD J. TRUMP, et al., | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME

Upon consideration of the Defendant Tanios' Motion for Enlargement of Time to File an Answer and the entire record herein; and the Court finding good cause, it is so

ORDERED on this ____ day of March 2023, Defendant Tanios' Motion is GRANTED; and it is

FURTHER ORDERED that Defendant Tanios shall file his Answer or other responsive pleading on or before May 10, 2023, Plaintiff shall file an Opposition to Defendant's Preliminary Motion if one is filed on or before May 31, 2023, and Defendant Tanios shall file his Reply, if any, on or before June 6, 2023.

 

_____
United State District Judge