**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SANDRA GARZA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:23-cv-00038 (APM) |
| | ) | |
| DONALD J. TRUMP, et al. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Plaintiff Sandra Garza and Defendant Julian Khater respectfully submit a joint motion

for a briefing schedule for Defendant Khater's response to the Complaint. Both parties request

the following deadlines in filing their respective briefs:

| Filing Document | Deadline |
|---|---|
| Defendant's Motion to Dismiss | May 10, 2023 |
| Plaintiff's Opposition to Motion to Dismiss | May 31, 2023 |
| Defendant's Reply to Plaintiff's Opposition | June 14, 2023 |

Plaintiff Sandra Garza and Defendant Julian Khater respectfully request the Court to

adopt this joint proposed schedule.  Good cause exists to grant this motion.  Defendant Khater

is currently confined at medium security prison, having been transferred to three separate

facilities within the Bureau of Prisons, which makes communication with him by his counsel

exceedingly difficult to accomplish.

A proposed Order is attached hereto.

Dated: March 24th, 2023                         Respectfully submitted,

1

/s/DavidP.Sheldon
David P. Sheldon (DC Bar # 446039)
Law Offices of David P. Sheldon, P.L.L.C.
100 M St. SE, Ste 600
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135
Email: davidsheldon@militarydefense.com

*Attorney for Defendant*