# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA GARZA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:23-cv-00038 (APM) |
| | ) | |
| DONALD J. TRUMP, et al. | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## PROPOSED ORDER GRANTING BRIEFING SCHEDULE

Upon consideration of the Joint Motion to Briefing Schedule, and the entire record herein, it is so **ORDERED** on this ____ day of March 2023,

Parties' Motion is **GRANTED** and Parties shall adhere to the following deadlines:

| Filing Document | Deadline |
|---|---|
| Defendant's Motion to Dismiss | May 10, 2023 |
| Plaintiff's Opposition to Motion to Dismiss | May 31, 2023 |
| Defendant's Reply to Plaintiff's Opposition | June 14, 2023 |

United States District Judge