UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) ) Case No. 1:23-cv-00038 (APM) |
| DONALD J. TRUMP, et al., | ) ) ) |
| *Defendants*. | ) ) |

### [PROPOSED] ORDER

Before the Court is Defendant Donald J. Trump's Motion to Dismiss Plaintiff's Complaint. For the reasons stated in the motion, the accompanying memorandum in support, and those articulated in oral argument, and because the Court finds good cause exists to dismiss the claims, Defendant Trump's Motion to Dismiss is hereby **GRANTED**.

All claims against Defendant Donald J. Trump are dismissed with prejudice.

**SO ORDERED.**

Dated: _____                    _____
                                           Hon. Amit P. Mehta
                                           United States District Court Judge