

# CERTIFICATE OF QUALIFICATION

## Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2021-0000603

I, **John T. Frey**, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a seal, do hereby certify that it appears of record in my office pursuant to law that:

Sandra M Garza

duly qualified in this court as Executor for the estate of Brian Sicknick, deceased.

A bond in the amount of $365,000.00 has been posted.

The powers of the fiduciary(ies) named above continue in full force and effect.

**IN TESTIMONY WHEREOF** I have hereunto set my hand, and affixed the seal of said Court hereto, at Fairfax, Virginia this 25th day of March, 2021.

**TESTE: JOHN T. FREY, CLERK**

By: _____
Deputy Clerk

Form 7    Certificate of Qualification.doc    version 1.1    Date Modified: 2/18/2019