UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as the personal representative of THE ESTATE OF BRIAN SICKNICK )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, et al., )<br>)<br>*Defendants*. )<br>) | Case No. 1:23-cv-00038 (APM) |

### AMENDMENT TO PRIOR FILING (ECF 25)

Undersigned Counsel submits this Amendment to Plaintiff's prior filing, ECF 25, attaching the proposed order which was not including in the filing earlier this day.

April 25, 2023                                                       Respectfully Submitted,

                                                                                *s/Matthew Kaiser*

                                                        _____
                                                        KAISERDILLON PLLC
                                                        Matthew Kaiser (D.C. Bar No. 486272)
                                                        Noah Brozinsky (D.C. Bar No. 1655789)
                                                        1099 Fourteenth Street, N.W., 8th Fl.
                                                        Washington, D.C. 20005
                                                        Tel: (202) 640-2850
                                                        Email: mkaiser@kaiserdillon.com
                                                                    nbrozinsky@kaiserdillon.com

CERTIFICATE OF SERVICE

I certify that on April 25, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                        /s/ Noah Brozinsky
                                                        Noah Brozinsky
                                                        *Attorney for Plaintiff*