UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as the personal representative of THE ESTATE OF BRIAN SICKNICK<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00038 (APM) |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Defendant Donald J. Trump's Motion to Dismiss Plaintiff's Complaint and the Plaintiff's Response to that motion.

Upon review of the memorandums of law in support, Defendant Trump's Motion to Dismiss is hereby DENIED.

SO ORDERED.

Dated: _____

_____

Hon. Amit P. Mehta United States District Court Judge