UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GARZA,

    *Plaintiff*,

v.

DONALD J. TRUMP, et al.

    *Defendants*.

Civil Case No. 1:23-cv-38-APM

## AMENDMENT TO PRIOR FILING (ECF NO. 27)

Undersigned counsel submits this amendment to Defendant Donald J. Trump's prior filing, ECF No. 27, attaching the proposed order which was not included in the filing earlier this day.

Dated: April 30, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Attorney for Donald J. Trump*

2

## CERTIFICATE OF SERVICE

I certify that on April 30, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*