UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GARZA,

    *Plaintiff,*

v.

DONALD J. TRUMP, et al.

    *Defendants.*

Civil Case No. 1:23-cv-38-APM

### [PROPOSED] ORDER

Upon consideration of Donald J. Trump's Unopposed Motion for Extension and arguments therein, and because the Court finds good cause, it is hereby

**ORDERED** Donald J. Trump's Unopposed Motion for Extension of time to file his reply brief in support of his motion to dismiss is **GRANTED**.

**SO ORDERED.**

Dated: _____        _____

                                                                         The Honorable Amit P. Mehta
                                                                         United States District Judge