UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA | * |
|     Plaintiff | * |
| v. | *   Case No.: 1:23-cv-00038 |
| DONALD J. TRUMP, et al., | * |
|     Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

PLEASE note the appearance of undersigned counsel, being admitted and authorized to practice before this Court, as co-counsel of record for the Defendant, George Pierre Tanios in the above captioned matter.

Respectfully submitted,

/s/ James R. Andersen
James R. Andersen (Bar ID: MD0186)
Rollins, Smalkin, Richards & Mackie, L.L.C.
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
jandersen@rsrm.com
*Attorneys for Defendant George Pierre Tanios*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2023, a copy of the foregoing Notice of Appearance was served via the Court's e-filing to:

Matthew Kaiser, Esquire
Noah Brozinsky, Esquire
KaiserDillon PLLC
1099 Fourteenth Street, NW, 8th Floor
Washington, DC 20005

Philip Andonian, Esquire
Joseph Caleb, Esquire
CalebAndonian PLLC
1100 H Street, N.W., Suite 315
Washington, DC 20005

Mark S. Zaid, Esquire
Bradley P. Moss, Esquire
Mark S. Zaid, P.C.
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
*Attorneys for Plaintiff*

Jesse R. Binnall, Esquire
Binnall Law Group
717King Street, Suite 200
Alexandria, VA 22314
*Attorney for Defendant Donald J. Trump*

David Patrick Sheldon, Esquire
Law Offices of David P. Sheldon, PLLC
100 M Street, SE, Suite 600
Washington, DC 20003
*Attorney for Defendant Julian Elie Khater*

                                                          /s/ James R. Andersen
                                                          James R. Andersen