UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, individually and as the personal representative of THE ESTATE OF BRIAN SICKNICK,  )<br>)<br>)<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>DONALD J. TRUMP,  )<br>JULIAN KHATER,  )<br>and GEORGE TANIOS,  )<br>)<br>*Defendants.*  ) | Case No. 1:23-cv-00038 (APM) |

**PROPOSED ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

The Court has reviewed Defendant's Unopposed Motion for Extension of Time to File Answer or Responsive Pleading pursuant to P Federal Rules of Civil Procedure Rule 6(b)(1)(A), requesting an enlargement of time of twenty-one (21) days, to and including May 31, 2023. The Court determines that good cause exist to grant this Motion. It is, therefore, **ORDERED** that Defendant's Motion is hereby **GRANTED**.

Signed this ___ day of _____, 2023.

_____
AMIT P. MEHTA
United States District Judge