UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SANDRA GARZA** | * | |
| **Plaintiff** | * | |
| v. | * | **Case No.: 1:23-cv-00038** |
| **DONALD J. TRUMP, et al.,** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER
### (Defendant George Pierre Tanios' Motion To Dismiss)

Having considered Motion To Dismiss filed by Defendant George Pierre Tanios, any Opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 2023, by a Judge of the United States District Court for the District of Columbia hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Complaint, including Counts 1, 2, 3, and 4, against Defendant George Pierre Tanios is **DISMISSED WITH PREJUDICE**.

_____
JUDGE,
United States District Court for the
District of Columbia