UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, individually and as the personal representative of THE ESTATE OF BRIAN SICKNICK, )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, )<br>JULIAN KHATER, )<br>and GEORGE TANIOS, )<br>)<br>*Defendants.* ) | Case No. 1:23-cv-00038 (APM) |

## PROPOSED ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

The Court has reviewed Defendant's Third Unopposed Motion for Extension of Time to File Answer or Responsive Pleading pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(A), requesting an enlargement of time of seven (7) days, to and including June 7, 2023. The Court determines that good cause exists to grant this Motion. It is, therefore, **ORDERED** that Defendant's Motion is hereby **GRANTED**.

Signed this ___ day of _____, 2023.

_____
AMIT P. MEHTA
United States District Judge