UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as the personal representative of THE ESTATE OF BRIAN SICKNICK<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00038 (APM) |

**(PROPOSED) ORDER**

Plaintiff Sandra Garza has filed a motion for Leave to File Plaintiff's First Amended Complaint. Upon review of the Motion and pursuant to Federal Rule of Civil Procedure 15, it is hereby:

ORDERED, that Plaintiff's Motion is GRANTED, and

ORDERED the Plaintiff's First Amended Complaint shall be added to the docket. The First Amended Complaint shall be the active Complaint in this matter and deemed filed as of the date of this Order.

DATED: _____                          _____

Hon. Amit P. Mehta, United States District Court Judge

1