## Garza v. Trump, et al. - Amended Complaint

Phil Andonian <phil@calebandonian.com>
Wed 5/31/2023 8:55 AM

To:davidsheldon@militarydefense.com <davidsheldon@militarydefense.com>;James R. Andersen <jandersen@rsrm.com>

Cc:Matthew Kaiser <mkaiser@kaiserdillon.com>;Noah Brozinsky <nbrozinsky@kaiserdillon.com>;Mark S. Zaid, P.C. <mark@markzaid.com>;Brad Moss <brad@markzaid.com>

Gentlemen:

We will be filing an amended complaint in the *Garza* matter today. Although we are filing this as a matter of right, we wanted to let you know and ask whether you consent to the filing. If you could let us know sooner rather than later, that would be great.

Thanks very much.

Phil



*The content of this message is intended for the listed recipient(s) only, and may contain information that is privileged and confidential. If you have received it by mistake, please inform us by an email reply and then delete the message. It is forbidden to copy, forward, or in any way reveal the contents of this message to anyone. The integrity and security of this email cannot be guaranteed over the Internet. Therefore, the sender will not be held liable for any damage caused by the message.*



DEFENDANT'S EXHIBIT A