## Rod R. Barnes

| | |
|---|---|
| **From:** | James R. Andersen |
| **Sent:** | Wednesday, May 31, 2023 11:34 AM |
| **To:** | Phil Andonian; davidsheldon@militarydefense.com |
| **Cc:** | Matthew Kaiser; Noah Brozinsky; Mark S. Zaid, P.C.; Brad Moss |
| **Subject:** | RE: Garza v. Trump, et al. - Amended Complaint |

Can you provide me with a copy of the proposed amended complaint. I cannot consent without seeing it.

Campbell Andersen

James R. Andersen
Managing Partner
Rollins, Smalkin, Richards & Mackie, LLC
300 East Lombard Street, Suite 900
Baltimore, Maryland  21202
Direct Dial: (667) 218-2587
Office: (410) 727-2443
Fax: (410) 727-4497
www.rsrm.com

*The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the individual or entity named above.  The review, dissemination, distribution or copying of this communication to anyone other than the intended addressee is strictly prohibited.  If you have received this message in error, promptly notify the sender by return e-mail and permanently delete this message from your computer.  Thank you.*

***Please consider the environment before printing this e-mail.***

**From:** Phil Andonian <phil@calebandonian.com>
**Sent:** Wednesday, May 31, 2023 8:56 AM
**To:** davidsheldon@militarydefense.com; James R. Andersen <jandersen@rsrm.com>
**Cc:** Matthew Kaiser <mkaiser@kaiserdillon.com>; Noah Brozinsky <nbrozinsky@kaiserdillon.com>; Mark S. Zaid, P.C. <mark@markzaid.com>; Brad Moss <brad@markzaid.com>
**Subject:** Garza v. Trump, et al. - Amended Complaint

Gentlemen:

We will be filing an amended complaint in the *Garza* matter today.  Although we are filing this as a matter of right, we wanted to let you know and ask whether you consent to the filing.  If you could let us know sooner rather than later, that would be great.

Thanks very much.

Phil



DEFENDANT'S
EXHIBIT
B
tabbies



## Philip Andonian
Member
CalebAndonian PLLC

---

 phil@calebandonian.com
email

202.953.9848       web
direct

1100 H St., N.W., Ste. 315, Washington, D.C. 20005
address

---

                     **Save contact**

*The content of this message is intended for the listed recipient(s) only, and may contain information that is privileged and confidential. If you have received it by mistake, please inform us by an email reply and then delete the message. It is forbidden to copy, forward, or in any way reveal the contents of this message to anyone. The integrity and security of this email cannot be guaranteed over the Internet. Therefore, the sender will not be held liable for any damage caused by the message.*

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■