UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, individually and as the personal representative of THE ESTATE OF BRIAN SICKNICK, ) ) ) ) | |
| *Plaintiff,* ) ) | |
| v. ) ) | |
| DONALD J. TRUMP, ) JULIAN KHATER, ) and GEORGE TANIOS, ) ) | Case No. 1:23-cv-00038 (APM) |
| *Defendants.* ) | |

**<u>DEFENDANT KHATER'S MOTION TO DISMISS UNDER RULE 12(B)(1) AND 12(B)(6)</u>**

Pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), Defendant, Julian Elie Khater, respectfully requests that this Court dismiss the Plaintiff's Amended Complaint with prejudice.

A memorandum in support of this motion, along with a proposed order, is attached.

Respectfully submitted,

<u>/s/*David P. Sheldon*</u>
David P. Sheldon (DC Bar # 446039)
Law Offices of David P. Sheldon, P.L.L.C.
512 8th Street, S.E.
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135
*Attorney for Defendant*