**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA GARZA, individually and as the personal representative of THE ESTATE OF BRIAN SICKNICK, )))))  *Plaintiff,* ))) v. ))) DONALD J. TRUMP, ) JULIAN KHATER, ) and GEORGE TANIOS, )) *Defendants.* ) | Case No. 1:23-cv-00038 (APM) |

**PROPOSED ORDER GRANTING DEFENDANT KHATER'S MOTION TO DISMISS UNDER RULE 12(B)(1) AND 12(B)(6)**

The Court has reviewed Defendant's Motion pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), requesting that the Plaintiff's Amended Complaint be dismissed with prejudice. The Court determines that good cause exists to grant this Motion. It is, therefore, **ORDERED** that Defendant's Motion is hereby **GRANTED**.

Signed this ___ day of _____, 2023.

_____
AMIT P. MEHTA
United States District Judge