## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA GARZA, as | ) | |
| the personal representative | ) | |
| of THE ESTATE OF BRIAN SICKNICK | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, et al., | ) | Case No. 1:23-cv-00038 (APM) |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## (PROPOSED) ORDER

Plaintiff Sandra Garza has filed a Motion for Leave to File Plaintiff's First Amended Complaint and an Omnibus Response to the Defendants' motions in opposition and Defendant Khater's Motion to Dismiss the Amended Complaint. Upon review of the Omnibus Motion and pursuant to Federal Rule of Civil Procedure 15, it is hereby:

ORDERED, that Plaintiff's Motion for Leave to Amend is GRANTED, and

ORDERED the Plaintiff's First Amended Complaint shall be considered the active complaint in this matter and deemed filed as of the date of this Order; and

ORDERED that Defendant Khater's Motion to Dismiss is DENIED.


DATED: _____          _____

                                      Hon. Amit P. Mehta, United States District Court Judge