# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as )<br>the personal representative )<br>of THE ESTATE OF BRIAN SICKNICK )<br>  )<br>*Plaintiff*, )<br>  ) Case No. 1:23-cv-00038 (APM)<br>v. )<br>  )<br>DONALD J. TRUMP, et al., )<br>  )<br>*Defendants*. )<br>_____ ) | |

## NOTICE OF FILING OF
## <u>RELEVANT INFORMATION FOR JUDICIAL NOTICE</u>

COMES NOW the Plaintiff Sandra Garza, the personal representative of the Estate of Brian Sicknick, by and through undersigned counsel, to submit this Notice to alert the Court of the filing of an indictment against Defendant Donald J. Trump. The indictment in *United States v. Donald J. Trump*, Case No. 1:23-cr-00257 alleges, among other things, a criminal conspiracy relating to the subject matter of this case. It is attached to this Notice as Exhibit "1".

Date: August 2, 2023

       *s/Mark S. Zaid*
       _____
       Mark S. Zaid, Esq. (D.C. Bar #440532)
       Bradley P. Moss, Esq. (D.C. Bar #975905)
       Mark S. Zaid, P.C.
       1250 Connecticut Avenue, N.W.
       Suite 700
       Washington, D.C. 20036
       (202) 498-0011
       (202) 330-5610 fax
       Mark@MarkZaid.com
       Brad@MarkZaid.com

*s/Matthew Kaiser*

_____

KAISERDILLON PLLC
Matthew Kaiser (D.C. Bar No. 486272)
Noah Brozinsky (D.C. Bar No. 1655789)
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
Email: mkaiser@kaiserdillon.com
           nbrozinsky@kaiserdillon.com

*s/Philip Andonian*

_____

CALEBANDONIAN PLLC
Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
1100 H Street, N.W. – Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
Email:  phil@calebandonian.com
            joe@calebandonian.com

*Attorneys for Plaintiff*