UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00038 (APM) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### DEFENDANT PRESIDENT DONALD J. TRUMP'S MOTION FOR STAY

President Donald J. Trump, by counsel, respectfully moves this Court to stay this case as it relates to him for the duration of the criminal proceedings in *United States v. Donald J. Trump*, Case No. 1:23-cr-00257, and any appeal thereafter. Upon meeting and conferring with Plaintiff's counsel, Plaintiff opposes this motion.

In support of his motion for stay, President Trump submits the accompanying memorandum, which is fully incorporated herein.

Dated: August 14, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VA022
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

David A. Warrington
D.C. Bar No. 1616846
Jonathan M. Shaw
D.C. Bar No. 446249

Gary M. Lawkowski
D.C. Bar No. 1781747
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Tel: (703) 574-1206
Fax: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com
glawkowski@dhillonlaw.com

*Attorneys for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall, VA022

*Attorney for President Donald J. Trump*