UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:23-cv-00038 (APM) |
| DONALD J. TRUMP, et al., | ) |
| *Defendants.* | ) |

# [PROPOSED] ORDER

Upon consideration of Defendant President Donald J. Trump's Motion for Stay, arguments in the accompanying memoranda and any opposition thereto, any oral arguments before this Court, and because the Court finds good cause, it is hereby

**ORDERED** President Donald J. Trump's Motion for Stay is **GRANTED**.

The Court hereby stays further proceedings in this matter, as it relates to President Trump, until the criminal matter in *United States v. Donald J. Trump*, Case No. 1:23-cr-00257, is fully resolved, including all appeals.

**SO ORDERED.**

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　The Honorable Amit P. Mehta
　　　　　　　　　　　　　　　　　　　United States District Judge