UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as the personal representative of THE ESTATE OF BRIAN SICKNICK<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00038 (APM) |

**(PROPOSED) ORDER**

Plaintiff Sandra Garza has filed an Opposition to Defendant Donald J. Trump's Motion to Stay these proceedings (ECF 45-1). Upon consideration of the record and the arguments in the parties' briefings, it is hereby ORDERED, that Defendant Donald J. Trump's Motion to Stay is DENIED.

DATED: _____                    _____

Hon. Amit P. Mehta, United States District Court Judge

1