UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) ) Case No. 1:23-cv-00038 (APM) |
| DONALD J. TRUMP, et al., | ) ) ) ) |
| *Defendants.* | ) ) |

### DEFENDANT DONALD J. TRUMP'S MOTION TO DISMISS
### FIRST AMENDED COMPLAINT

Defendant Donald J. Trump respectfully moves this Court for dismissal of Plaintiff's claims in her First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

In support of this motion, Defendant submits the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those within the accompanying memorandum, Defendant respectfully moves that the Court dismiss Plaintiff's First Amended Complaint against Donald J. Trump, with prejudice.

Dated: November 1, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VA022
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

David A. Warrington
D.C. Bar No. 1616846
Jonathan M. Shaw
D.C. Bar No. 446249
Gary M. Lawkowski
D.C. Bar No. 1781747
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Tel: (703) 574-1206
Fax: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com
glawkowski@dhillonlaw.com

*Attorneys for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)

*Attorney for Donald J. Trump*