UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )   Case No. 1:23-cv-00038 (APM) |
| DONALD J. TRUMP, et al., | ) ) ) |
| *Defendants.* | ) ) |

### [PROPOSED] ORDER

Before the Court is Defendant Donald J. Trump's Motion to Dismiss Plaintiff's First Amended Complaint. For the reasons stated in the motion, the accompanying memorandum in support, and those articulated in oral argument, and because the Court finds good cause exists to dismiss the claims, Defendant Trump's Motion to Dismiss the First Amended Complaint is hereby **GRANTED**.

All claims against Defendant Donald J. Trump are dismissed with prejudice.

**SO ORDERED.**

Dated: _____         _____
                                                                       Hon. Amit P. Mehta
                                                                       United States District Court Judge