UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SANDRA GARZA** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:23-cv-00038 |
| **DONALD J. TRUMP, et al.,** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER
**(Defendant George Pierre Tanios' Motion To Dismiss First Amended Complaint)**

Having considered the Motion To Dismiss First Amended Complaint filed by Defendant George Pierre Tanios, any Opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 2023, by a Judge of the United States District Court for the District of Columbia hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint against Defendant George Pierre Tanios is **DISMISSED WITH PREJUDICE**.

_____
JUDGE,
United States District Court for the
District of Columbia