UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as the personal representative of THE ESTATE OF BRIAN SICKNICK<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00038 (APM) |

**(PROPOSED) ORDER**

Defendants Khater, Trump, and Tanios have each filed motions to dismiss the First Amended Complaint (ECF 40-1, 49-1, and 50-1, respectively). Plaintiff has filed a Response.

ORDERED, that the Defendants' motions are DENIED.

DATED: _____          _____

Hon. Amit P. Mehta, United States District Court Judge

1