UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as<br>the personal representative<br>of THE ESTATE OF BRIAN SICKNICK<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:23-cv-00038 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF**
**RELEVANT INFORMATION FOR JUDICIAL NOTICE**

COMES NOW the Plaintiff Sandra Garza, the personal representative of the Estate of Brian Sicknick, by and through undersigned counsel, to submit this Notice to alert the Court of the decision issued in Anderson et al. v. Griswold, Case No.: 2023CV32577 (Dist. Ct. CO), particularly Paragraphs 288 – 298 wherein former President Trump was determined to have "engaged in an insurrection on January 6, 2021 through incitement, and that the First Amendment does not protect Trump's speech." Id. at 298. A copy of the decision is attached to this Notice as Exhibit "1".

Date: November 20, 2023

                                                  *s/Mark S. Zaid*

                                            Mark S. Zaid, Esq. (D.C. Bar #440532)
                                            Bradley P. Moss, Esq. (D.C. Bar #975905)
                                            Mark S. Zaid, P.C.
                                            1250 Connecticut Avenue, N.W., Suite 700
                                            Washington, D.C. 20036
                                            (202) 498-0011
                                            (202) 330-5610 fax
                                            Mark@MarkZaid.com
                                            Brad@MarkZaid.com

*s/Matthew Kaiser*
_____
KAISERDILLON PLLC
Matthew Kaiser (D.C. Bar No. 486272)
Noah Brozinsky (D.C. Bar No. 1655789)
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
Email: mkaiser@kaiserdillon.com
        nbrozinsky@kaiserdillon.com

*s/Philip Andonian*
_____
CALEBANDONIAN PLLC
Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
1100 H Street, N.W. – Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
Email:  phil@calebandonian.com
        joe@calebandonian.com

*Attorneys for Plaintiff*