UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as the personal representative of THE ESTATE OF BRIAN SICKNICK,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00038 (APM) |

### NOTICE OF FIRM NAME CHANGE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Notice is hereby given that undersigned counsel for Plaintiff, Noah Brozinsky and Matthew Kaiser, are now affiliated with the law firm Kaiser PLLC. All contact information for counsel will remain the same, *except* their new email addresses are: nbrozinsky@kaiserlaw.com and mkaiser@kaiserlaw.com. Counsel will update their information in PACER in short order.

Date: January 2, 2024                Respectfully Submitted,

/s/ Noah Brozinsky

KAISER PLLC
Matthew Kaiser (D.C. Bar No. 486272)
Noah Brozinsky (D.C. Bar No. 1655789)
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
Email: mkaiser@kaiserlaw.com
           nbrozinsky@kaiserlaw.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I certify that on January 2, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

<u>*/s/ Noah Brozinsky*</u>
Noah Brozinsky

*Attorney for Plaintiff*