**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA GARZA, as )<br>the personal representative )<br>of THE ESTATE OF BRIAN SICKNICK )<br> )<br>   *Plaintiff*, )<br> )<br>  v. )<br> )<br>DONALD J. TRUMP, et al., )<br> )<br>   *Defendants*. )<br>             ) | Case No. 1:23-cv-00038 (APM) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sandra Garza hereby

stipulates to the dismissal with prejudice of all claims in this action against Defendant Julian Elie

Khater only.

Dated February 3, 2025

          Respectfully Submitted,

          *s/Mark S. Zaid*

          _____
          Mark S. Zaid, Esq. (D.C. Bar #440532)
          Bradley P. Moss, Esq. (D.C. Bar #975905)
          Mark S. Zaid, P.C.
          1250 Connecticut Avenue, N.W., Suite 700
          Washington, D.C. 20036
          (202) 498-0011
          (202) 330-5610 fax
          Mark@MarkZaid.com
          Brad@MarkZaid.com

*s/Matthew Kaiser*

_____

KAISERDILLON PLLC
Matthew Kaiser (D.C. Bar No. 486272)
Noah Brozinsky (D.C. Bar No. 1655789)
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserdillon.com
nbrozinsky@kaiserdillon.com

*s/Philip Andonian*

_____

CALEBANDONIAN PLLC
Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
1100 H Street, N.W. – Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff*

*/s/David P. Sheldon*

_____

David P. Sheldon (DC Bar # 446039)
Law Offices of David P. Sheldon, P.L.L.C.
512 8th Street, S.E.
Washington, DC 20003
Tel: 202.546.9575
Fax: 202.546.0135

*Attorney for Defendant Julian Elie Khater*