# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA GARZA, as<br>the personal representative<br>of THE ESTATE OF BRIAN SICKNICK<br><br>   *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>   *Defendants*. | Case No. 1:23-cv-00038 (APM) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sandra Garza hereby stipulates to the dismissal with prejudice of all claims in this action against Defendant George Pierre Tanios only.

Dated March 3, 2025

                Respectfully Submitted,

                */s/ Mark S. Zaid*

                _____
                Mark S. Zaid, Esq. (D.C. Bar #440532)
                Bradley P. Moss, Esq. (D.C. Bar #975905)
                Mark S. Zaid, P.C.
                1250 Connecticut Avenue, N.W., Suite 700
                Washington, D.C. 20036
                (202) 498-0011
                (202) 330-5610 fax
                Mark@MarkZaid.com
                Brad@MarkZaid.com

/s/ Matthew G. Kaiser
_____

KAISER PLLC
Matthew G. Kaiser (D.C. Bar No. 486272)
Noah H. Brozinsky (D.C. Bar No. 1655789)
Daniel Csigirinszkij (D.C. Bar No. 90017805)
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com
dcsigirinszkij@kaiserlaw.com

/s/ Philip Andonian
_____

CALEBANDONIAN PLLC
Philip Andonian (D.C. Bar No. 490792)
Joseph Caleb (D.C. Bar No. 495383)
1100 H Street, N.W. – Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff*

/s/ James R. Andersen
_____

ROLLINS SMALKIN RICHARDS & MACKIE LLC
James R. Andersen (Bar No. MD0186)
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Tel: (410) 727-2443
jandersen@rsrm.com

*Attorneys for Defendant George Pierre Tanios*

2