IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA GARZA,**<br>**Plaintiff,**<br>v.<br>**DONALD J. TRUMP et al.,**<br>**Defendants.** | Case No. 1:23-CV-00038-APM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), undersigned counsel Daniel Csigirinszkij hereby submits notice of withdrawal as counsel for Plaintiff, Sandra Garza, individually and as the personal representative of the Estate of Brian Sicknick, in this matter. Mr. Csigirinszkij will no longer be employed at Kaiser PLLC as of August 2, 2025, and will no longer represent Ms. Garza. Kaiser PLLC attorneys Matthew G. Kaiser and Noah Hy Brozinsky will continue to represent Ms. Garza in this matter.

DATED: July 30, 2025

Respectfully submitted,

*/s/ Daniel Csigirinszkij*
Daniel Csigirinszkij (D.C. Bar No. 90017805)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
dcsigirinszkij@kaiserlaw.com

*Counsel for Plaintiff Sandra Garza*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 2025, the foregoing was served electronically on the counsel of record through the US District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

DATED: July 30, 2025                              Respectfully submitted,

*/s/ Daniel Csigirinszkij*
Daniel Csigirinszkij