IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 21-cv-00400 (APM) (lead case)<br><br>*Consolidated with* Case Nos.<br>  21-cv-00586 (APM)<br>  21-cv-00858 (APM)<br>  21-cv-02265 (APM)<br>  22-cv-00010 (APM)<br>  22-cv-00011 (APM)<br>  22-cv-00034 (APM)<br>  23-cv-00038 (APM) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and President Donald J. Trump (collectively, the "Parties") hereby stipulate that Karen R. Bass shall be dismissed with prejudice as a plaintiff in the above-titled matter, Case No. 21-cv-00400 (APM). The Parties further stipulate that both sides shall bear their own attorneys' fees and costs with respect to the claims of Ms. Bass.

Dated: December 23, 2025       Respectfully submitted,

STIPULATED AND AGREED TO:

*/s/ Jonathan M. Shaw*          */s/ Joseph Sellers*
Jonathan M. Shaw            Joseph M. Sellers, Bar No. 318410
D.C. Bar No. 446249           Brian Corman, Bar No. 1008635
**DHILLON LAW GROUP, INC.**        Alison S. Deich, Bar No. 1572878
2121 Eisenhower Ave, Suite 608       Nina Jaffe-Geffner, Bar No. 90011459
Alexandria, Virginia 22314         COHEN MILSTEIN SELLERS & TOLL
Telephone: (703) 574-1206         PLLC
Facsimile: (415) 520-6593          1100 New York Avenue N.W., Eighth Floor
jshaw@dhillonlaw.com           Washington, D.C. 20005
                      Telephone: 202-408-4600
*Counsel for President Donald J. Trump*     Facsimile: 202-408-4699
                      jsellers@cohenmilstein.com
                      bcorman@cohenmilstein.com
                      adeich@cohenmilstein.com

njaffegeffner@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

**IT IS SO ORDERED.**

Dated: _____       _____
United States District Judge

2