Gmail

**Megan Powers <megan@mpowersconsulting.com>**

## Fwd: Production Overview_March for Trump.docx

**Justin Caporale** <justin@eventstrategiesinc.com>   Mon, Jan 4, 2021 at 9:56 AM
To: Megan Powers <megan@mpowersconsulting.com>

--
Justin Caporale
direct/text: [redacted]

Begin forwarded message:

> **From:** "Megan Powers (via Google Drive)" [redacted]
> **Date:** January 1, 2021 at 18:46:07 EST
> **To:** justin@eventstrategiesinc.com
> **Cc:** kirancampaign@gmail.com
> **Subject: Production Overview_March for Trump.docx**
> **Reply-To:** Megan Powers [redacted]



megankellypowers[redacted] has shared the following document:

W **Production Overview_March for Trump.docx**

Open

megankellypowers[redacted] is outside your organization.

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA